An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERALDINE M. KASHUBA F/K/A
JERALDINE M. ADKINS F/K/A
JERALDINE M. DREXEL,
Appellant,
vs.
KEVIN J. ADKINS,
Respondent.

No. 59814

**FILED**

JUN 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a fast track appeal from a district court post-divorce decree order modifying child custody. Eighth Judicial District Court, Family Court Division, Clark County; William B. Gonzalez, Judge.

Having considered the parties' arguments, the district court's supplemental order, and the appellate record, we conclude that the district court did not abuse its discretion with regard to its custody decision in this matter. *See Castle v. Simmons*, 120 Nev. 98, 101, 86 P.3d 1042, 1045 (2004) (providing that this court will not disturb a district court's child custody determination unless the court clearly abused its discretion). In particular, in establishing the parties' custody arrangement, the district court properly considered the evidence before it and the best interest factors and determined that, despite the distance between the parties' respective locations, it would be appropriate for them to continue to exercise a modified form of joint custody. *See* NRS 125.510(2) (explaining that a joint custody arrangement may be modified if doing so is in the child's best interest); *Truax v. Truax*, 110 Nev. 437, 438-39, 874 P.2d 10, 11 (1994) (same); *see also* NRS 125.480(4) (setting forth the factors that a court must consider with regard to the best interest of a child). Under the

13-17584

particular circumstances of this case and in light of the district court's intent to revisit the custody arrangement in the near future, we decline to disturb the court's decision.

Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. William B. Gonzalez, District Judge, Family Court Division
        Law Office of Shell Mercer
        Kevin J. Adkins
        Eighth District Court Clerk